*Suffolk Superior Civil # 04-5169*

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS



| | |
|---|---|
| JOYCE M. CHANDLER,<br>Plaintiff,<br><br>v.<br><br>HARD ROCK CAFÉ<br>INTERNATIONAL (STP), INC.,<br>Defendant. | Civil Action No.<br>04-12728 RCL |

## NOTICE OF REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

Defendant Hard Rock Café International (STP), Inc. ("Hard Rock Café") respectfully submits that:

1. On or about November 30, 2004, Defendant Hard Rock Café received from Plaintiff a copy of a Complaint, Civil Action Cover Sheet and Request for Trial by Jury, in the matter entitled <u>Joyce M. Chandler v. Hard Rock Café International (STP), Inc.</u>, (Commonwealth of Massachusetts, Suffolk Superior Court, Civil Action No. 04-5169). Copies of the above-described documents are attached hereto as <u>Exhibit A</u>.

2. The documents attached as <u>Exhibit A</u> constitute all documents received by Defendant in this matter to date.

3. This Court has original jurisdiction over this action pursuant to 28 U.S.C. Section 1332, because the action is between parties with a diversity of citizenship and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs. Plaintiff states she is a resident of the Commonwealth of Massachusetts. Defendant is a New York corporation with its principal place of business located in Orlando, Florida.

4. Defendant will notify the Suffolk Superior Court and all adverse parties of this Notice of Removal by filing with the court a Notice of Filing of Notice of Removal. A copy of that notification, which will be sent to the Suffolk Superior Court, is attached hereto as <u>Exhibit B</u>.

Respectfully submitted,

HARD ROCK CAFÉ
INTERNATIONAL (STP), INC.
By its attorneys,

_____
David J. Kerman (BBO# 269370)
Kavita M. Goyal (BBO #654013)
JACKSON LEWIS LLP
75 Park Plaza, 4th Floor
Boston, MA 02116
(617) 367-0025

I HEREBY ATTEST AND CERTIFY ON
JAN. 3, 2005, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____
ASSISTANT CLERK

Date: December 30, 2004

## CERTIFICATE OF SERVICE

A copy of the above document was served this 30th day of December, 2004, by first class mail, postage prepaid, to attorney for the Plaintiff, Tamsin R. Kaplan, Esq., Tamsin R. Kaplan & Associates, 90 Concord Avenue, Belmont, MA 02478.

_____
Jackson Lewis LLP

MAS-20030912 guen

**Commonwealth of Massachusetts**
**SUFFOLK SUPERIOR COURT**
Case Summary
Civil Docket

12/31/2004
02:08 PM

## SUCV2004-05169
### Chandler v Hard Rock Cafe International (STP) Inc

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 11/29/2004 | **Status** | Disposed: transfered to other court (dtrans) | | |
| **Status Date** | 12/31/2004 | **Session** | A - Civil A | | |
| **Origin** | 1 | **Case Type** | B22 - Employment Discrimination | | |
| **Lead Case** | | **Track** | F | | |

| | | | | | |
|---|---|---|---|---|---|
| **Service** | 02/27/2005 | **Answer** | 04/28/2005 | **Rule12/19/20** | 04/28/2005 |
| **Rule 15** | 04/28/2005 | **Discovery** | 09/25/2005 | **Rule 56** | 10/25/2005 |
| **Final PTC** | 11/24/2005 | **Disposition** | 01/23/2006 | **Jury Trial** | Yes |

### PARTIES

**Plaintiff**
Joyce M Chandler
Active 11/29/2004

**Private Counsel 561558**
Tamsin R Kaplan
Tamsin R Kapla & Associates
90 Concord Ave
Belmont, MA 02478
Phone: 617-484-3210
Fax:
Active 11/29/2004 Notify

**Private Counsel 645086**
Heather M Nelson
Tamsin R Kaplan & Associates
90 Concord Ave
Belmont, MA 02478
Phone: 617-484-3210
Active 11/29/2004 Notify

**Defendant**
Hard Rock Cafe International (STP) Inc
Service pending 11/29/2004

**Private Counsel 269370**
David J Kerman
Jackson Lewis LLP
75 park plaza 4th Floor
Boston, MA 02116
Phone: 617-367-0025
Fax: 617-367-2155
Active 12/31/2004 Notify

**Private Counsel 654013**
Kavita M. Goyal
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116
Phone: 617-367-0025
Fax: 617-367-2155
Active 12/31/2004 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 11/29/2004 | 1.0 | Complaint & jury demand on complaint (all issues) |

Case 1:04-cv-12728-RCL   Document 2   Filed 01/06/2005   Page 4 of 7

MAS-20030912
guen

**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

12/31/2004
02:08 PM

## SUCV2004-05169
## Chandler v Hard Rock Cafe International (STP) Inc

| Date | Paper | Text |
|---|---|---|
| 11/29/2004 | | Origin 1, Type B22, Track F. |
| 11/29/2004 | 2.0 | Civil action cover sheet filed |
| 12/31/2004 | | Certified copy of petition for removal to U. S. Dist. Court of Deft. Hard Rock Cafe International (STP), Inc., U. S. Dist.#(04-12728RCL). |
| 12/31/2004 | | Case REMOVED this date to US District Court of Massachusetts |

EVENTS

I HEREBY ATTEST AND CERTIFY ON
JAN. 3, 2005, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY.
ASSISTANT CLERK.

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.    Superior Court
Civil Action No.
04-5169 A

JOYCE M. CHANDLER, )
)
Plaintiff, )
)
v. )
)
HARD ROCK CAFÉ )
INTERNATIONAL (STP), INC., )
)
Defendant. )

## COMPLAINT

### Parties

1. Plaintiff Joyce M. Chandler is an individual residing at Zero DeFrancesco Avenue, Salem, Massachusetts.

2. Defendant Hard Rock Café International (STP), Inc. ("HRC") is a New York corporation with corporate headquarters located in Orlando, Florida.

3. HRC regularly does business and solicits customers in Massachusetts.

4. HRC employed Plaintiff Joyce M. Chandler at its offices located at 131 Clarendon Street in Boston, Massachusetts from September 1999 until May 2002.

### Jurisdiction

5. Plaintiff filed her claims of discrimination pursuant to applicable state law with the Massachusetts Commission Against Discrimination ("MCAD") on May 6, 2002. Plaintiff's claims were dismissed by the MCAD on December 18, 2003 and this decision was affirmed on appeal on June 30, 2004. See, Exhibit A. Plaintiff has, therefore, exhausted her administrative remedies as required by law.

50. Defendant unlawfully discriminated against Ms. Chandler by terminating her employment because of her race, in violation of Mass.G.L. c. 151B, §1.

51. As a result, Ms. Chandler has suffered substantial pecuniary loss, emotional distress and other damages for which the Defendant is liable.

52. Ms. Chandler is also entitled to recover punitive damages and attorney's fees and costs pursuant to Mass. G.L. c. 151B.

**PLAINTIFF HEREBY DEMANDS A JURY TRIAL ON ALL CLAIMS.**

### REQUESTS FOR RELIEF

WHEREFORE, Plaintiff Joyce M. Chandler requests that this Court award to Plaintiff back pay, front pay, lost wages and benefits, emotional distress damages, punitive damages, attorneys' fees and costs, and award to Plaintiff all other relief as the Court deems just.

I HEREBY ATTEST AND CERTIFY ON
JAN. 3, 2005, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____
ASSISTANT CLERK

Respectfully submitted,
JOYCE M. CHANDLER
By her Attorneys,

_____
Tamsin R. Kaplan BBO # 561558
Heather M. Nelson BBO # 645086
TAMSIN R. KAPLAN & ASSOCIATES
90 Concord Avenue
Belmont, MA 02478
(617) 484-3210

Dated: November 23, 2004

| | |
|---|---|
| **CIVIL ACTION COVER SHEET** DOCKET NO(S) 04-5169 | **Trial Court of Massachusetts Superior Court Department** County: Suffolk |
| PLAINTIFF(S) Joyce M. Chandler | DEFENDANT(S) Hard Rock Cafe International, Inc. |
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE 617-484-3210 Tamsin R. Kaplan, Tamsin R. Kaplan & Associates, P.C., 90 Concord Avenue, Belmont, MA 02478 Board of Bar Overseers number: 561558 | ATTORNEY (if known) unknown |

**Origin code and track designation**

Place an x in one box only:
- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

**TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B22 | Employment Discrimination | (F) | (X) Yes ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ............................... $
2. Total Doctor expenses ................................ $
3. Total chiropractic expenses ........................... $
4. Total physical therapy expenses ....................... $
5. Total other expenses (describe) ....................... $
   Subtotal $
B. Documented lost wages and compensation to date ........ $ 30,000.00
C. Documented property damages to date ................... $
D. Reasonably anticipated future medical and hospital expenses ... $
E. Reasonably anticipated lost wages ..................... $ 193,396.00
F. Other documented items of damages (describe) Emotional Distress  $ 100,000.00
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)
   Lost wages and benefits and emotional distress damages resulting
   from race and age discrimination                        $
   TOTAL $ 323,396.00

**CONTRACT CLAIMS**
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

TOTAL $..............

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT
None

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____  DATE: 11/23/04

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

HEREBY ATTEST AND CERTIFY ON JAN. 3, 2005, THAT THE FOREGOING DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE, AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

ASSISTANT CLERK