UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOYCE M. CHANDLER,
Plaintiff,

v.

HARD ROCK CAFÉ
INTERNATIONAL (STP), INC.,
Defendant.

Civil Action No. 04-12728-RCL

### DEFENDANT'S LOCAL RULE 16.1 CERTIFICATION

Defendant, Hard Rock Café International (STP), Inc., by the undersigned authorized representative, and the undersigned counsel for Defendant, in accordance with Local Rule 16.1(D)(3) of the Local Rules of the United States District Court District of Massachusetts, hereby certify that they have conferred:

a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of this litigation; and

b) to consider the resolution of this case through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

Respectfully submitted,
HARD ROCK CAFÉ
INTERNATIONAL (STP), INC.
By its attorneys,

/s/ Kavita M. Goyal
David J. Kerman (BBO# 269370)
Kavita M. Goyal (BBO #654013)
JACKSON LEWIS LLP
75 Park Plaza, 4th Floor
Boston, MA 02116
(617) 367-0025

Dated: April 21, 2005

James W. Humann

Sr. Director of Business Affairs
Hard Rock Café International (STP), Inc.
Business Affairs Department
6100 Old Park Lane
Orlando, FL 32835

Dated: April 21, 2005

## CERTIFICATE OF SERVICE

A copy of the above document was served this 21st day of April, 2005, by electronic filing and first class mail, postage pre-paid, to attorney for the Plaintiff, Tamsin R. Kaplan, Esq., Tamsin R. Kaplan & Associates, 90 Concord Avenue, Belmont, MA 02478.

/s/ Kavita Goyal
Jackson Lewis LLP