UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOYCE M. CHANDLER,
Plaintiff,

v.

HARD ROCK CAFÉ INTERNATIONAL (STP), INC.,
Defendant.

Civil Action No. 04-12728-RCL

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Plaintiff Joyce M. Chandler and her attorney, Tamsin R. Kaplan, Esq., certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and (b) to consider the resolution of the litigation through the use of alternative resolution programs.

Plaintiff Joyce M. Chandler

*[signature]*

Respectfully submitted,
Joyce M. Chandler
By her Attorneys,

*[signature]*

Tamsin R. Kaplan BBO # 561558
TAMSIN R. KAPLAN & ASSOCIATES, P.C.
90 Concord Avenue
Belmont, MA 02478
(617) 484-3210

Dated: April __, 2005

CERTIFICATE OF SERVICE

      I, Tamsin R. Kaplan, hereby certify that I have served a copy of the foregoing document on this 26 day of April, 2005 by electronic filing and first class mail upon the attorneys of record for the Defendants, David J. Kerman and Kavita M. Goyal, Jackson Lewis LLP, 75 Park Plaza, 4th Fl., Boston, MA 02116.

                                             /s/ Tamsin R. Kaplan
                                             Tamsin R. Kaplan