UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOYCE M. CHANDLER,
       Plaintiff,

v.

HARD ROCK CAFÉ
INTERNATIONAL (STP), INC.,
       Defendant.

Civil Action No. 04-12728-RCL

JOINT MOTION TO EXTEND SCHEDULING DEADLINES

All parties hereby request an extension of the remaining scheduling deadlines ordered by this Court on May 2, 2005 in this matter. This is the first extension sought by the parties. Specifically, the parties request a three-month delay of the deadline for completion of discovery and all subsequent deadlines as follows:

    **Discovery deadline:  12-31-05**

    **Motions deadline:  2-28-06**

    **Response to Motions deadline:  3-31-06**

At this time, the parties have agreed to participate in good faith in settlement negotiations and in mediation on October 27, 2005 with mediator James Ryan at the offices of JAMS in Boston. In addition, at this time, the parties have agreed to stay all depositions noticed by the Plaintiff and to stay filing of the Plaintiff's Motion to Compel, pending the outcome of settlement negotiations and mediation of the Plaintiff's claims.

For the reasons set forth above, the parties hereby request a three-month extension of all remaining scheduling deadlines in this matter.

Respectfully submitted,

| | |
|---|---|
| Joyce M. Chandler | Hard Rock Café International (STP), Inc. |
| By her attorneys, | By its attorneys, |
| /s/ Tamsin R. Kaplan_____ | /s/ Kavita M. Goyal (TRK) |
| Tamsin R. Kaplan BBO # 561558 | David J. Kerman BBO # 269370 |
| TAMSIN R. KAPLAN & ASSOCIATES, P.C. | Kavita M. Goyal BBO # 654013 |
| 90 Concord Avenue | JACKSON LEWIS, LLP |
| Belmont, MA 02478 | 75 Park Plaza, 4th Floor |
| (617) 484-3210 | Boston, MA 02116 |
| | (617) 367-0025 |

Dated: September 20, 2005

CERTIFICATE OF SERVICE

      I, Tamsin R. Kaplan, hereby certify that I have served a copy of the foregoing document on this 20th day of September, 2005 by first class mail postage prepaid upon the attorneys of record for the Defendants, David J. Kerman and Kavita M. Goyal, Jackson Lewis LLP, 75 Park Plaza, 4th Fl., Boston, MA 02116.

      /s/ Tamsin R. Kaplan
      Tamsin R. Kaplan