EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

JOYCE M. CHANDLER,
      Plaintiff,

v.

HARD ROCK CAFÉ
INTERNATIONAL (STP), INC.,
      Defendant.

Civil Action No. 04-12728-RCL

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Joyce Chandler, and Defendant, Hard Rock Café International (STP), Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that this action shall be and hereby is dismissed with prejudice and without costs or attorneys' fees to either party.

JOYCE M. CHANDLER

By her attorneys,

/s/ Tamsin R. Kaplan (kmg)
Tamsin R. Kaplan (BBO# 561558)
Tamsin R. Kaplan & Associates
90 Concord Avenue
Belmont, MA 02478

Dated: November 16, 2005

Respectfully submitted,
HARD ROCK CAFÉ
INTERNATIONAL (STP), INC.
By its attorneys,

/s/ Kavita M. Goyal
David J. Kerman (BBO# 269370)
Kavita M. Goyal (BBO #654013)
JACKSON LEWIS LLP
75 Park Plaza, 4th Floor
Boston, MA 02116
(617) 367-0025

### CERTIFICATE OF SERVICE

A copy of the above document was served this 16th day of November, 2005, by electronic filing and first class mail, postage prepaid, to attorney for Plaintiff, Tamsin R. Kaplan, Esq., Tamsin R. Kaplan & Associates, 90 Concord Avenue, Belmont, MA 02478.

/s/ Kavita M. Goyal
Jackson Lewis LLP